DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. BLAKNEY

No. 158 PC.

Case below: 32 N.C. App. 399.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 13 June 1977.

## STATE v. BROWN

No. 151 PC.

Case below: 33 N.C. App. 84.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.

## STATE v. CHAPMAN

No. 65 PC.

Case below: 32 N.C. App. 398.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.

## STATE v. COLE

No. 123 PC.

Case below: 33 N.C. App. 48.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 13 June 1977.

## STATE v. CROSBY

No. 122 PC.

Case below: 32 N.C. App. 786.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 June 1977.